THE STATE EX REL. MCCULLOUGH, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. McCullough v. Indus. Comm.* (1998), 83 Ohio St.3d 543.]

(No. 98–536—Submitted September 15, 1998—Decided November 10, 1998.)

*Raymond J. Tisone & Associates Co., L.P.A.,* and *Raymond J. Tisone,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Steven K. Aronoff,* Assistant Attorney General, for appellee Industrial Commission.

*Duvin, Cahn & Hutton* and *Christine C. Covey,* for appellee Ohio Turnpike Commission.

---

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.